**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GERALD L. DAVIDSON, JR.,
ADC #155580                                                                                                    PLAINTIFF

v.                                      5:16CV00033-SWW-JTK

WENDY KELLEY, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Kelley is DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 12th  day of April, 2016.


                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE