IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GERALD L. DAVIDSON, JR.,                                                PLAINTIFF
ADC #155580

v.                      5:16CV00033-SWW-JTK

WENDY KELLEY, et al.                                               DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of August, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE